Case 5:08-cr-00480-RMW    Document 1    Filed 07/22/2008    Page 1 of 1
Case 3:03-cr-00071-LRH-VPC    Document 114    Filed 06/24/2008    Page 1 of 1
Case 3:03-cr-00071-LRH-VPC    Document 112    Filed 06/23/2008    Page 1 of 1

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED JUL 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR - 08 00480 RMW

| DOCKET NUMBER (Tran. Court) |
|---|
| 3:03-071-LRH-VPC |

| DOCKET NUMBER (Rec. Court) |
|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ana Salas<br>Salinas, California | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Larry R. Hicks | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/19/07    TO 10/18/12 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/23/08
Date

Larry R. Hicks
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/17/08
Effective Date

United States District Judge