**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
**BRUCE R. THOMPSON U.S. COURTHOUSE**
**AND FEDERAL BUILDING**
**400 SOUTH VIRGINIA STREET #301**
**RENO, NEVADA  89501**
**(775) 686-5800**

**FILED**

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**LANCE S. WILSON**
**DISTRICT COURT EXECUTIVE/CLERK**

**JAKE HERB**
**CHIEF DEPUTY, RENO**

**CYNTHIA K. JENSEN**
**CHIEF DEPUTY, LAS VEGAS**

July 30, 2008

Clerk's Office
U.S. District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

Re:    USA vs..Ana Salas;
       District of Nevada Case No. 3:03-cr-00071-LRH-VPC.

Pursuant to the Order for Transfer of Jurisdiction of Probation, enclosed are certified copies of
Order of transfer, Superseding Indictment, Judgment, and the docket sheet.

Please acknowledge receipt of these documents on the enclosed duplicate of this letter.

Yours truly,

**LANCE S. WILSON, CLERK**

By:
    /s/ Daniel R. Morgan
       Deputy

Enclosures              AUG 0 4 2008
DATE RECEIVED:
RECEIVED BY:            Tiffany Salinas-Harwell
ASSIGNED CASE:    CR - 08   00480   RMW

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*

3:03-071-LRH-VPC

DOCKET NUMBER *(Rec. Court)*

5:08CR00480 RMW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ana Salas<br>Salinas, California | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Larry R. Hicks | |

| DATES OF SUPERVISED RELEASE: | FROM<br>10/19/07 | TO<br>10/18/12 |
|---|---|---|

OFFENSE

Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine

✓ FILED    ___ RECEIVED<br>___ ENTERED    ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD

JUL 29 2008

CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA

BY: _____ DEPUTY

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 6/23/08 | _Larry R. Hicks_ |
|---|---|
| Date | Larry R. Hicks<br>*United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7-17-08 | |
|---|---|
| Effective Date | United States District Judge |

CERTIFIED TO BE A TRUE COPY<br>Clerk, United States District Court<br>By _____<br>Deputy Clerk

# UNITED STATES DISTRICT COURT



**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
280 S. First Street, Suite 106
San Jose, CA  95113-3003
TEL: (408) 535-5200
FAX:  (408) 535-5206

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

July 23, 2008

Ms. Peggy Puralewski
US Probation Office
400 S Virginia St., Ste. 103
Reno, NV 89501-2193

Re:     Ana Salas
        Docket No.:   CR 08-00480 RMW(CA)
        TRANSFER OF JURISDICTION

Dear Ms/ Puralewski:

Enclosed please find the Transfer of Jurisdiction forms transferring jurisdiction of the above-referenced case from the _____ District of Nevada _____ to the Northern District of California.  To finalize this transfer, please forward this letter to your clerk's office with instructions to file.

If you have any questions regarding the above, please do not hesitate to contact me at the number shown below.

Sincerely,

Juan F Ramirez
U.S. Probation Officer
(408) 535-5310



Enclosures
adl

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
       Sheet 1

JUN - 8 2004

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

vs.

ANA SALAS

## AMENDED JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: CR-N-03-71-LRH(VPC)

**USM NUMBER: 99915-111

Scott Edwards
DEFENDANT'S ATTORNEY

THE DEFENDANT:

( √ )   pled guilty to Count 1 of the Superseding Indictment filed October 22, 2003

(   )   pled nolo contendere to count(s) _____
        which was accepted by the court.

(   )   was found guilty on count(s) _____
        after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Date Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine | May 9, 2003 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(   )   The defendant has been found not guilty on count(s) _____

( √ )   Counts 2 through 6 of the Superseding Indictment filed October 22, 2003 and the Indictment filed April 16, 2003 are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the **United States** Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, **costs**, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify **the court** and United States attorney of material changes in economic circumstances.



MAY 20, 2004
Date of Imposition of Judgment

Signature of Judge

LARRY R. HICKS
U.S. DISTRICT JUDGE
Name and Title of Judge

6/4/04
Date

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court

By _____
        Deputy Clerk

101

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment - Page _2_

DEFENDANT:   ANA SALAS
CASE NUMBER: CR-N-03-71-LRH(VPC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the **United States** Bureau of Prisons to be imprisoned for a total term
of <u>FORTY SIX (46) MONTHS</u>

( √ )    The court makes the following recommendations to **the Bureau of Prisons:**
         Incarceration FCI Dublin, California or nearest facility **on West Coast.**

(    )    The defendant is remanded to the custody of the **United States** Marshal.

(    )    The defendant shall surrender to the United States Marshal **for this district:**
         (    )    at _____ a.m./p.m. on _____
         (    )    as notified by the United States Marshal.

( √ )    The defendant shall surrender for service of sentence at **the Institution** designated by the Bureau of Prisons:
         ( √ )    before 12:00 p.m. on <u>June 28, 2004</u>
         (    )    as notified by the United States Marshal.
         (    )    as notified by the Probation of Pretrial Services **Office.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____, with a certified copy of this judgment.

at _____

                                              UNITED STATES MARSHAL

                                              BY: _____
                                                  Deputy United States Marshal

AO 245B  (Rev 12/03) Judgment in a Criminal Case
Sheet 3 - Supervised Release

Judgment - Page __3__

DEFENDANT:  ANA SALAS
CASE NUMBER: CR-N-03-71-LRH(VPC)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>FIVE (5) YEARS</u>

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

( )    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)
( √ )   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.  (Check, if applicable.)
( )    The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)
( )    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)
( )    The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 3 - Supervised Release

Judgment - Page __4__

DEFENDANT:   ANA SALAS
CASE NUMBER: CR-N-03-71-LRH(VPC)

## SPECIAL CONDITIONS OF SUPERVISION

1.   <u>Possession of Weapon</u> - The defendant shall not possess, have under his/her control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

2.   <u>Warrantless Search</u> - The defendant shall submit to the search of his/her person, and any property, residence, or automobile under his/her control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

AO 245B   (Rev 12/03) Judgment in a Criminal Case
          Sheet 5 - Criminal Monetary Penalties

Judgment - Page __5__

DEFENDANT:   ANA SALAS
CASE NUMBER: CR-N-03-71-LRH(VPC)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | **Fine** | Restitution |
|--------|-----------|----------|-------------|
| Totals: | $100.00<br>Due and payable immediately. | $ | $ |

( )   On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

( )   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---------------|-----------|---------------------|------------------------|
|               |           |                     |                        |
| TOTALS        : | $_____ | $_____ |                   |

Restitution amount ordered pursuant to plea agreement:  $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

        the interest requirement is waived for the:  ( ) fine  ( ) restitution.
        the interest requirement for the:  ( ) fine  ( ) restitution is modified as follows:

        *Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev 12/03) - Judgment in a Criminal Case
          Sheet 7 - Denial of Federal Benefits

DEFENDANT:   ANA SALAS                                                    Judgment - Page  6
CASE NO.:    CR-N-03-71-LRH(VPC)

## DENIAL OF FEDERAL BENEFITS
### (For Offenses Committed On or After November 18, 1988)

FOR DRUG TRAFFICKER PURSUANT TO 21 U.S.C. § 862

       IT IS ORDERED that the defendant shall be:

( √ )   ineligible for all federal benefits for a period of **FIVE (5) YEARS** _____
(   )   ineligible for the following federal benefits for a period of _____(specify benefit(s))

       _____

       _____

### OR

(   )   Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)

       IT IS ORDERED that the defendant shall:

(   )   be ineligible for all federal benefits for a period of _____
(   )   be ineligible for the following federal benefits for a period of _____
       (specify benefit(s)) _____

       _____

(   )   successfully complete a drug testing and treatment program.

(   )   perform community service, as specified in the probation and supervised release portion of this judgment.

(   )   Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.

       Pursuant to 21 U.S.C. § 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility. The clerk of court is responsible for sending a copy of this page and the first page of this judgment to:

U.S. Department of Justice, Office of Justice Programs, Washington, DC   20531.

FILED

2003 OCT 22 PM 12:07

LANCE S. WILSON
CLERK

BY_____
DEPUTY

1
2  DANIEL G. BOGDEN
   United States Attorney
3  CRAIG S. DENNEY
   Assistant United States Attorney
   Organized Crime Drug Enforcement Task Force
4  100 West Liberty Street, Suite 600
   Reno, Nevada  89501
5  (775)784-5438

6
                    UNITED STATES DISTRICT COURT
7
                       DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERICA,          )  No. CR-N-03-071-DWH(VPC)
                                      )
10                   Plaintiff,        )  **SUPERSEDING INDICTMENT:**
                                      )  FOR VIOLATIONS OF:
11                                     )
                                      )  TITLE 21, UNITED STATES CODE,
12           v.                        )  SECTION 846 - Conspiracy To
                                      )  Possess With Intent To Distribute
13  JOSE MANUEL MARTINEZ-QUIROZ,       )  And To Distribute Methamphetamine
      (aka "Johnny")                  )  (Count One)
14  ARCELIA QUIROZ-SALAS,              )
    ANA SALAS (aka "Pecas"),          )  TITLE 21, UNITED STATES CODE,
15                                     )  SECTION 841(a)(1) - Distribution
                                      )  Of Methamphetamine (Counts Two
16                                     )  through Five)
                                      )
17                   Defendants.       )  TITLE 21, UNITED STATES CODE,
                                      )  SECTION 841(a)(1) - Possession
18                                        With Intent To Distribute
                                         Methamphetamine (Count Six)
19
                                         TITLE 18, UNITED STATES CODE,
20                                        SECTION 2 - Aiding and Abetting
                                         (Counts One through Six)
21
22  THE GRAND JURY CHARGES:

                           **COUNT ONE**
23      TITLE 21, UNITED STATES CODE, SECTIONS 846 AND 841(a)(1)
           Conspiracy to Possess with Intent to Distribute and
24                  to Distribute Methamphetamine

25      Beginning at a time unknown to the Grand Jury but sometime

26  on or about August 1, 2002, and continuing until on or about

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court

By_____
Deputy Clerk

44.

1 | May 9, 2003, within the State and District of Nevada, and the State
2 | and Eastern District of California, and elsewhere,

**JOSE MANUEL MARTINEZ-QUIROZ (aka "Johnny"),**
**ARCELIA QUIROZ-SALAS,**
**ANA SALAS (aka "Pecas"),**

5 | defendants herein and others both known and unknown to the Grand
6 | Jury, did knowingly and intentionally combine, conspire and agree
7 | to commit offenses against the United States, namely to possess
8 | with intent to distribute and to distribute five hundred (500)
9 | grams or more of a mixture or substance containing a detectable
10 | amount of methamphetamine or fifty (50) grams or more of
11 | methamphetamine (actual), a Schedule II controlled substance,
12 | defendants alleged herein did further and specifically aid, abet,
13 | counsel, command, induce and procure the conspiracy alleged herein
14 | within the meaning of Title 18, United States Code, Section 2;

15 |        All in violation of Title 21, United States Code,
16 | Sections 846, 841(a)(1), 841(b)(1)(A)(viii) and Title 18, United
17 | States Code, Section 2.

**COUNT TWO**
TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) –
Distribution of Methamphetamine

20 |        That on or about January 9, 2003, in the State and
21 | District of Nevada, inside the men's bathroom of the El Pescador
22 | Restaurant, located at 499 E. Plumb, in Reno, Nevada,

**JOSE MANUEL MARTINEZ-QUIROZ (aka "Johnny"),**

24 | defendant herein, did knowingly and intentionally distribute
25 | approximately 220.2 grams of a mixture or substance which
26 | / / /

2

1  contained 44 grams of methamphetamine (actual), a Schedule II

2  controlled substance;

3      All in violation of Title 21, United States Code,

4  Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United

5  States Code, Section 2.

6                          **COUNT THREE**
           TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) –
7                      Distribution of Methamphetamine

8      That on or about January 28, 2003, in the State and

9  District of Nevada, inside the men's bathroom of the El Pescador

10  Restaurant, located at 499 E. Plumb, in Reno, Nevada,

11      **JOSE MANUEL MARTINEZ-QUIROZ (aka "Johnny"),**

12  defendant herein, did knowingly and intentionally distribute

13  approximately 227.6 grams of a mixture or substance which

14  contained 38.7 grams of methamphetamine (actual), a Schedule II

15  controlled substance;

16      All in violation of Title 21, United States Code,

17  Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United

18  States Code, Section 2.

19                          **COUNT FOUR**
           TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) –
20                     Distribution of Methamphetamine

21      That on or about February 27, 2003, in the State and

22  District of Nevada, inside the men's bathroom of the El Pescador

23  Restaurant, located at 499 E. Plumb, in Reno, Nevada,

24      **JOSE MANUEL MARTINEZ-QUIROZ (aka "Johnny"),**

25  defendant herein, did knowingly and intentionally distribute

26  approximately 212.4 grams of a mixture or substance which

    / / /

                                    3

1   contained 46.7 grams of methamphetamine (actual), a Schedule II

2   controlled substance;

3          All in violation of Title 21, United States Code,

4   Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United

5   States Code, Section 2.

### COUNT FIVE
6
TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) –
Distribution of Methamphetamine
7

8          That on or about March 28, 2003, in the State and

9   District of Nevada, inside a white Chrysler Concorde vehicle on

10  Wrondel Street, parked east of the El Pescador Restaurant, located

11  at 499 E. Plumb, in Reno, Nevada,

12            **JOSE MANUEL MARTINEZ-QUIROZ (aka "Johnny"),**
            **ARCELIA QUIROZ-SALAS,**
13            **ANA SALAS (aka "Pecas"),**

14  defendant herein, did knowingly and intentionally distribute

15  approximately 442.8 grams of a mixture or substance which

16  contained 88.6 grams of methamphetamine (actual), a Schedule II

17  controlled substance;

18         All in violation of Title 21, United States Code,

19  Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United

20  States Code, Section 2.

### COUNT SIX
21
TITLE 21, UNITED STATES CODE, SECTION 841(a)(1) –
Possession With Intent to Distribute Methamphetamine
22

23         That on or about April 4, 2003, in the State and

24  District of Nevada, inside a Chevrolet Malibu vehicle, in Reno,

25  Nevada,

26  / / /

4

ARCELIA QUIROZ-SALAS,
ANA SALAS (aka "Pecas"),
JOSE MANUEL MARTINEZ-QUIROZ (aka "Johnny"),

defendants herein, did knowingly and intentionally possess with

intent to distribute approximately 249 grams of a mixture or

substance which contained 168 grams of methamphetamine (actual), a

Schedule II controlled substance;

All in violation of Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United

States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

DANIEL G. BOGDEN
United States Attorney

CRAIG S. DENNEY
Assistant United States Attorney
Organized Crime Drug Enforcement
    Task Force

# United States District Court
## District of Nevada (Reno)
# CRIMINAL DOCKET FOR CASE #: 3:03-cr-00071-LRH-VPC
## All Defendants
## Internal Use Only

Case title: USA VS Jose Manuel Martinez-Quiroz, et al.

Date Filed: 04/16/2003

---

Assigned to: Judge Larry R. Hicks
Referred to: Magistrate Judge Valerie P. Cooke

## Defendant (1)

**Jose Manuel Martinez-Quiroz**
*TERMINATED: 06/04/2004*

represented by **Fredilyn Sison**
Formerly with Federal Public Defender's Office
201 West Liberty Street
Suite 102
Reno, NV 89501-
775-784-5626
Fax: 775-784-5369
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Ramon Acosta**
Federal Public Defender
201 West Liberty Street
Suite 102
Reno, NV 89501-
Email: ramon_acosta@fd.org



*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: FPD*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:853.F 12:161A - 12:161A.P - Petty - REPORT OF CONDITIONS (1) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 18:3.F 18:2 Aiding and Abetting (1) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:846=CD.F 21:846 Conspiracy to possess with intent to distribute and to distribute methamphetamine (1) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 18:3.F 18:2 - Aiding and Abetting (1s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:846=CD.F 21:846 - Conspiracy to Possess with Intent to Distribute and to Disbribute Methamphetamine. (1s) | Convicted Final Plea of Guilty; 70 supervised release; 100.00 assessment; Disposed Date 2/6/2004concurrent to CR-N-03-0084; |
| 21:853.F 12:161A - 12:161A.P - Petty - REPORT OF CONDITIONS (2) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:841A=CD.F 21:841(a)(1) Dstribution of Methamphetamine (2) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |

18:3.F 18:2 Aiding and
Abetting
(2)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to
distribute methamphetamine
(2)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:841A=CD.F 21:841(a)(1)
- Distribution of
Methamphetamine
(2s)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

18:3.F 18:2 - Aiding and
Abetting
(2s)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.
(2s)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:853.F 12:161A -
12:161A.P - Petty - REPORT
OF CONDITIONS
(3)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:841A=CD.F 21:841(a)(1)
Dstribution of
Methamphetamine
(3)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

18:3.F 18:2 Aiding and
Abetting
(3)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

distribute methamphetamine
(3)

| | |
|---|---|
| 21:846=CD.F 21:846 - Conspiracy to Possess with Intent to Distribute and to Disbribute Methamphetamine. (3s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:841A=CD.F 21:841(a)(1) - Distribution of Methamphetamine (3s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 18:3.F 18:2 - Aiding and Abetting (3s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:846=CD.F 21:846 Conspiracy to possess with intent to distribute and to distribute methamphetamine (4) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:853.F 12:161A - 12:161A.P - Petty - REPORT OF CONDITIONS (4) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:841A=CD.F 21:841(a)(1) Dstribution of Methamphetamine (4) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 18:3.F 18:2 Aiding and Abetting (4) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:841A=CD.F 21:841(a)(1) - Distribution of Methamphetamine (4s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |

18:3.F 18:2 - Aiding and
Abetting
(4s)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.
(4s)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to
distribute methamphetamine
(5)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:853.F 12:161A -
12:161A.P - Petty - REPORT
OF CONDITIONS
(5)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:841A=CD.F 21:841(a)(1)
Dstribution of
Methamphetamine
(5)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

18:3.F 18:2 Aiding and
Abetting
(5)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

18:3.F 18:2 - Aiding and
Abetting
(5s)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.
(5s)

Dismissed, Gov Mtn;
Disposed Date 2/6/2004

21:841A=CD.F 21:841(a)(1)

| | |
|---|---|
| - Distribution of Methamphetamine (5s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:841A=CD.F 21:841(a)(1) Posession with intent to distribute Methamphetamine (6) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 18:3.F 18:2 Aiding and Abetting (6) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:846=CD.F 21:846 Conspiracy to possess with intent to distribute and to distribute methamphetamine (6) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:853.F 12:161A - 12:161A.P - Petty - REPORT OF CONDITIONS (6) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:846=CD.F 21:846 - Conspiracy to Possess with Intent to Distribute and to Disbribute Methamphetamine. (6s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 18:3.F 18:2 - Aiding and Abetting (6s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |
| 21:841A=NP.F 21:841(a)(1) - Possession with Intent to Distribute Methamphetamine (6s) | Dismissed, Gov Mtn; Disposed Date 2/6/2004 |

**Highest Offense Level (Opening)**

Felony

## Terminated Counts                    ## Disposition
None

## Highest Offense Level
## (Terminated)
None

## Complaints                           ## Disposition
None

Assigned to: Judge Larry R.
Hicks
Referred to: Magistrate Judge
Valerie P. Cooke

## Defendant (2)
**Arcelia Quiroz-Salas**        represented by   **Marc P Picker**
                                                P.O. Box 3344
                                                Reno, NV 89505-3344
                                                775-324-4533
                                                Fax: 775-
                                                Email: mpickesq@msn.com
                                                *TERMINATED: 07/23/2004*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE*
                                                *NOTICED*
                                                *Designation: CJA*
                                                *Appointment*

## Pending Counts                       ## Disposition

21:846=CD.F 21:846
Conspiracy to possess with

intent to distribute and to
distribute methamphetamine
(1)

18:3.F 18:2 Aiding and
Abetting
(1)

18:3.F 18:2 - Aiding and
Abetting
(1s)

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.
(1s)

18:3.F 18:2 - Aiding and
Abetting
(2s)

18:3.F 18:2 - Aiding and
Abetting
(3s)

18:3.F 18:2 - Aiding and
Abetting
(4s)

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to
distribute methamphetamine
(5)

21:841A=CD.F 21:841(a)(1)
Dstribution of
Methamphetamine
(5)

18:3.F 18:2 Aiding and
Abetting

(5)

18:3.F 18:2 - Aiding and
Abetting
(5s)

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.
(5s)

21:841A=CD.F 21:841(a)(1)
- Distribution of
Methamphetamine
(5s)

21:841A=CD.F 21:841(a)(1)
Posession with intent to
distribute Methamphetamine
(6)

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to
distribute methamphetamine
(6)

18:3.F 18:2 Aiding and
Abetting
(6)

21:841A=NP.F 21:841(a)(1) -
Possession with Intent to
Distribute Methamphetamine
(6s)

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.

Case 5.08-cr-00480-RMW    Page 10 of 28

(6s)
18:3.F 18:2 - Aiding and
Abetting
(6s)

**Highest Offense Level
(Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Larry R.
Hicks
Referred to: Magistrate Judge
Valerie P. Cooke

**Defendant (3)**

| **Ana Salas**<br>*TERMINATED: 05/26/2004* | represented by | **Marc P Picker**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED*<br>*Designation: CJA*<br>*Appointment* |
|---|---|---|
| | | **Scott W Edwards** |

729 Evans Ave.
Reno, NV 89512
775-786-4300
Fax: 775-786-1361
Email: nvlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Pending Counts**

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to
distribute methamphetamine
(1)

18:3.F 18:2 Aiding and
Abetting
(1)

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.
(1s)

18:3.F 18:2 - Aiding and
Abetting
(1s)

18:3.F 18:2 - Aiding and
Abetting
(2s)

18:3.F 18:2 - Aiding and
Abetting
(3s)

18:3.F 18:2 - Aiding and
Abetting

**Disposition**

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

Convicted Final Plea of
Guilty; 70 supervised release;
100.00 assessment; Disposed
Date 1/8/2004ineligible 5 yrs
for federal benefits. ;

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

(4s)

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to
distribute methamphetamine
(5)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

18:3.F 18:2 Aiding and
Abetting
(5)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

21:841A=CD.F 21:841(a)(1)
Dstribution of
Methamphetamine
(5)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

21:841A=CD.F 21:841(a)(1)
- Distribution of
Methamphetamine
(5s)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

18:3.F 18:2 - Aiding and
Abetting
(5s)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

21:846=CD.F 21:846 -
Conspiracy to Possess with
Intent to Distribute and to
Disbribute
Methamphetamine.
(5s)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

21:846=CD.F 21:846
Conspiracy to possess with
intent to distribute and to
distribute methamphetamine
(6)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

21:841A=CD.F 21:841(a)(1)
Posession with intent to
distribute Methamphetamine
(6)

Dismissed, Gov Mtn;
Disposed Date 1/8/2004

| | |
|---|---|
| 18:3.F 18:2 Aiding and Abetting (6) | Dismissed, Gov Mtn; Disposed Date 1/8/2004 |
| 21:846=CD.F 21:846 - Conspiracy to Possess with Intent to Distribute and to Disbribute Methamphetamine. (6s) | Dismissed, Gov Mtn; Disposed Date 1/8/2004 |
| 18:3.F 18:2 - Aiding and Abetting (6s) | Dismissed, Gov Mtn; Disposed Date 1/8/2004 |
| 21:841A=NP.F 21:841(a)(1) - Possession with Intent to Distribute Methamphetamine (6s) | Dismissed, Gov Mtn; Disposed Date 1/8/2004 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA                              represented by **Craig S Denney**

U.S. Attorney's Office
100 West Liberty Street
Suite 600
Reno, NV 89501
Email:
craig.denney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2003 | 1 | INDICTMENT re Ds Martinez-Quiroz, Quiroz-Salas, Salas; (Entered: 04/17/2003) |
| 04/16/2003 | 2 | AO 257 re D, Martinez-Quiroz; (Entered: 04/17/2003) |
| 04/16/2003 | 3 | AO 257 re D, Quiroz-Salas; (Entered: 04/17/2003) |
| 04/16/2003 | 4 | AO 257 re D, Salas; (Entered: 04/17/2003) |
| 04/16/2003 | 5 | GRAND JURY RETURNS dtd 4/16/03 re Ds Martinez-Quiros, Quiroz-Salas, Salas; ORD sealed inctmnt filed; sealed til arrest; warrants iss'd as to all Ds. (C/R: Karen Bryson) (Entered: 04/17/2003) |
| 04/16/2003 | 6 | ORDER re Ds, Martinez-Quiros, Quiroz-Salas, Salas ORD indictment and arrest warrants sealed til arrest; (Entered: 04/17/2003) |
| 04/16/2003 | | *SEALED* WARRANT ISSUED as to all Defendants; (Entered: 04/17/2003) |
| 06/02/2003 | 7 | WARRANT RETURNED EXECUTED re Ana Salas arr 5/29/03 (Entered: 06/03/2003) |
| 06/03/2003 | 8 | ORDER REGARDING PRETRIAL PROCEDURE re Martinez-Quiroz: P/T mtn sdue 7/3/03; rspn 7/14/03; replies 7/17/03 (Entered: 06/04/2003) |
| 06/03/2003 | 9 | FINANCIAL AFFIDAVIT obo Martinez-Quiroz |

| | | (Entered: 06/04/2003) |
|---|---|---|
| 06/03/2003 | 10 | INITIAL/ ARRAIGNMENT & PLEA re Martinez-Quiroz dtd 6/3/03: Fredilyn Sison AFPD apptd cnsl; P/T detention order; D pld NG Cts 1-6; Stacked J/T 8/12/03 830am w/cal call 7/30/03, 830am; ord re P/T prcd entrd cps srvd cnl opn crt; D remanded; USPO to p (Entered: 06/04/2003) |
| 06/03/2003 | 11 | ORDER APPOINTING COUNSEL re Martinez-Quiroz: FPD apptd (Entered: 06/04/2003) |
| 06/04/2003 | 12 | DETENTION ORDER re Martinez-Quiroz: (Entered: 06/04/2003) |
| 06/05/2003 | 13 | WARRANT RETURNED EXECUTED re Martinez-Quiroz arrested 6/3/03 (Entered: 06/06/2003) |
| 06/05/2003 | 14 | MINUTE ORDER re Salas: I/A and A&P set fro 6/12/03 3pm bef VPC. (Entered: 06/06/2003) |
| 06/09/2003 | 15 | MOTION FOR DISCOVERY Re: D, MARTINEZ-QUIROZ (Entered: 06/12/2003) |
| 06/12/2003 | 17 | WARRANT RETURNED EXECUTED Re: D, QUIROZ-SALAS (Entered: 06/13/2003) |
| 06/12/2003 | 19 | ORDER APPOINTING COUNSEL ORD Scott Edwards appt to rep D, ANA SALAS. Clk shl issu subps upon re. Out of St subps wil req crt apprval. (Entered: 06/16/2003) |
| 06/12/2003 | 20 | FINANCIAL AFFIDAVIT Re: D, SALAS (Entered: 06/16/2003) |
| 06/12/2003 | 21 | ORDER REGARDING PRETRIAL PROCEDURE Re: D, SALAS. 7/12/03 pretrial mtns due; resp due 7/23/03; reply 7/26/03 (Entered: 06/16/2003) |
| 06/12/2003 | 22 | TRANSCRIPT RULE 40: Re: D, SALAS TRANSCRIPT OF MAGISTRATE PAPERS fm the Northern Dist. of Calf. w/following attached:A.) Warrant for ArrestB.) IndictmentC.) |

| | | Conditions/Release;D.) Financial Affidavit (Entered: 06/16/2003) |
|---|---|---|
| 06/12/2003 | 24 | DESIGNATION OF RETAINED COUNSEL D appts Marc Phillip Picker as atty (Entered: 06/16/2003) |
| 06/12/2003 | 25 | AFFIDAVIT Marc Picker owner of $5,000 cash deposit as security on bond. [Receipt #14900] (Entered: 06/16/2003) |
| 06/12/2003 | 26 | BOND re D, Quiroz-Salas - Cash Bond in the amt of $5,000, receipt #70014900 on 6/12/03 obo cnsl Marc Picker w/ord setting conditions of release. (VPC) Exonerated 7/29/04 VPC (Entered: 06/16/2003) |
| 06/12/2003 | 27 | ORDER REGARDING PRETRIAL PROCEDURE RE: D, QUIROZ-SALAS. Pretrial mtns due 7/12/03; resp 7/23/03; reply 7/26/03 (Entered: 06/16/2003) |
| 06/13/2003 | 16 | MOTION FOR DISCOVERY Re: D, SALAS aka PECAS (Entered: 06/13/2003) |
| 06/13/2003 | 18 | INITIAL/ ARRAIGNMENT & PLEA (Dtd: 6/12/03) Re: D, ANA SALAS aka Pecas. CJA cnsl Scott Edwards appt cnsl for D. D arrested in Northern Dist/Calif (San Jose) 5/29/03/released on bond w/conditions. Gov't concurs w/rec of Pretrial Svcs that D be released w/ (Entered: 06/16/2003) |
| 06/13/2003 | 23 | INITIAL/ ARRAIGNMENT & PLEA (Dtd 6/12/03) RE: D, QUIROZ-SALAS. Retain cnsl Marc Picker. Gvt concurs w/rec of PTS for conditn/rel. Bond set @ $100,000. sec by $5,000 cash. D plds NG to Cts 1, 5 & 6 of indctmt. Case set for J/T 8/12/03 at 8:30am; Cal call (Entered: 06/16/2003) |
| 06/16/2003 | 28 | MOTION FOR DISCOVERY no text (Entered: 06/17/2003) |
| 06/17/2003 | 29 | INFORMATION - FELONY Re: D, MARTINEZ-QUIROZ (Entered: 06/18/2003) |

| 07/03/2003 | | TRAVERSE Stipulation to Continue Pretrial Motions and Trial. [Original sent to DWH chambers] (Entered: 07/07/2003) |
| --- | --- | --- |
| 07/07/2003 | 30 | ORDER ON STIPULATION re Martinez-Quiroz: trial 8/12/03 cont to 9/16/03 830am w/cal call resced for 9/3/03, 830am. P/T mtns cont 8/14/03; rspn 8/25/03. 3161(h)(8)(A)(B) cited. (Entered: 07/11/2003) |
| 07/17/2003 | 31 | MOTION FOR MISCELLANEOUS RELIEF to vacate CJA contribution order requiring SALAS to pay $100 per mos be vac (Entered: 07/18/2003) |
| 07/18/2003 | 32 | RESPONSE TO MOTION to Salas mtn to vacate CJA contribution order obo Govt (Entered: 07/21/2003) |
| 07/22/2003 | 34 | REPLY TO RESPONSE TO MOTION Re: D, SALAS. Reply to Gov't Response (# to Ds Mtn/Vacate CJA Contribution Order obo D. (RCMS) (Entered: 07/29/2003) |
| 07/24/2003 | 33 | MINUTE ORDER re Salas: mtn hrng set 8/6/03 9am bef VPC re D's mtn to vacate CJA contribution #31. cnsl teleph notif. D sh appear teleph for ths hearing. (Entered: 07/25/2003) |
| 08/04/2003 | 35 | MOTION FOR MISCELLANEOUS RELIEF D, MARTINEZ-QUIROZ. Motion for In Camera Hearing to Compel Disclosure and Interview Confidential Informants obo D. (f/m) (Entered: 08/05/2003) |
| 08/06/2003 | 36 | STATUS CONFERENCE Re: D, ANA SALAS: (Dtd: 8/6/03) Ds mtn to vac CJA contributn ord (#31) deemed w/drawn,. No fur actn necessary @ this tm. D cont'd rel on present term of conditns of rel. (Tape #2003-113) (Entered: 08/08/2003) |
| 08/13/2003 | 37 | RESPONSE TO MOTION D, MARTINEZ-QUIROZ. Response to Ds Mtn/In Camera Disclosure and Interview Confidential Informants obo P.(m) (Entered: 08/19/2003) |

| 08/19/2003 | 38 | MINUTE ORDER Calendar for trial stack sched 9/03/03 is cont to 9/10/03 at 8:30am (Entered: 08/19/2003) |
| 08/19/2003 | 39 | ORDER REGARDING TRIAL D, MARTINEZ-QUIROZ. (Entered: 08/19/2003) |
| 08/19/2003 | 40 | ORDER D, MARTINEZ-QUIROZ. ORD for Preparation of Jury Instructions. (Entered: 08/19/2003) |
| 08/28/2003 | 41 | MINUTE ORDER D, MARTINEZ-QUIROZ. (Dtd: 8/28/03) ORD that Ds Mtn/disclosure of identity (#35) is denied. (Entered: 09/04/2003) |
| 09/08/2003 | | TRAVERSE Stipulation to Continue Trial. [Original sent to DWH chambers] (Entered: 09/09/2003) |
| 09/09/2003 | 42 | ORDER ON STIPULATION ORD/Stip that trial set for 9/16/03 be cont to 11/18/03. (Entered: 09/10/2003) |
| 10/22/2003 | | TRAVERSE re MARTINEZ-QUIROZ Stip to Cont Trial obo Prtys. (Entered: 10/23/2003) |
| 10/22/2003 | 43 | GRAND JURY RETURNS Re: D, MARTINEZ-QUIROZ, QUIROZ-SALAS, and SALAS.Superseding Indictment. ORD rpt and indictments fld. There are no sealed indictments. On Mtn of AUSA, ORD that terms of release as to ea D are fixed as indicated and that Bench Warrants or (Entered: 10/28/2003) |
| 10/22/2003 | 44 | SUPERSEDING INDICTMENT Re: Ds, MARTINEZ-QUIROZ, QUIROZ-SALAS and SALAS (aka Pecas). (Entered: 10/28/2003) |
| 10/24/2003 | 45 | ORDER ON STIPULATION ORD/Stip to Continue Trial.to January 13, 2004. Cal call 1/07/04. Crt finds need for continuance outweighs Ds and public's right to a speedy trial. (Entered: 10/28/2003) |
| 11/03/2003 | 46 | MOTION FOR MISCELLANEOUS RELIEF D, Martinez-Quiroz. Motion for Reassignment of This Case to Hon. Judge Hagen and Consolidation with |

|  |  | Case CR-N-03-0071-DWH(VPC) obo D, (Entered: 11/04/2003) |
|---|---|---|
| 11/03/2003 | 47 | ARRAIGNMENT/PLEA D, Martinez-Quiroz. Minutes of Arraignment/Plea on Superseding Indictment held 11/03/03 at 3:15pm. [Tape #2003-144] Ds True name: Jose Manuel Martinez-Quiroz; D waives reading of Super/Indict fld 10/22/03; D plds NG to Cts 1 - 6 of Supe (Entered: 11/04/2003) |
| 11/03/2003 | 48 | STATUS CONFERENCE D, QUIROZ-SALAS. Arraignment/Plea on Supr/Indict held 11/03/03 at 3:22pm. [Tape #2003-144] Ds True Name Arcelia Quiroz-Salas; D waives reading Supr/Indct fld 10/22/03; D plds NG to Cts 1,5,6. Case set for cal call 1/07/04 at 8:30am; st (Entered: 11/04/2003) |
| 11/03/2003 | 49 | STATUS CONFERENCE D, ANA SALAS. Arraignment/Plea on Supr/Indict held 11/03/03 at 3:25pm. [Tape #2003-144] D prsnt on bond. True Name Ana Salas; D waives reading of Supr/indict fld 10/22/03; D plds NG to Cts 1,5,6; Case set for cal call 1/07/04 at 8:30am (Entered: 11/04/2003) |
| 11/20/2003 | 50 | MINUTE ORDER D martinez-quiroz's mtn #46 to consolidate case # CR-N-03-0084-ECR VPC with this case, CR-N-03-0071-DWH VPC is granted. (Entered: 11/21/2003) |
| 11/25/2003 | 51 | MOTION FOR MISCELLANEOUS RELIEF D, MARTINEZ-QUIROZ. Motion to Continue Pretrial Motions Deadlines and Trial (3rd Request) obo D. (f/m) (Entered: 11/26/2003) |
| 11/26/2003 | 52 | RESPONSE TO MOTION Response to Motion to Continue Pretrial Motions Deadlines and Trial (#51) obo Gov't. (f) (Entered: 12/01/2003) |
| 12/02/2003 | 53 | MINUTE ORDER ORD case reassigned to judge Larry R. Hicks (Entered: 12/02/2003) |
|  |  |  |

| 12/04/2003 | 54 | MINUTE ORDER D, MARTINEZ-QUIROZ. ORD that Ds Mtn/Cont is granted. Trial is cont to Feb 10, 2004 at 8:30am. Pretrial mtns shl be due on 12/19/03. Gov't resp shl be due 1/05/04, replies shl be due 1/08/04. (Entered: 12/09/2003) |
| --- | --- | --- |
| 12/09/2003 | 55 | MINUTE ORDER ORD re MARTINEZ-QUIROZ tht trial currently sched on 2/10/04 is resched on 2/3/04 @ 8:30am. Date for cal call will be announced. (Entered: 12/11/2003) |
| 12/12/2003 | 56 | MOTION FOR MISCELLANEOUS RELIEF for lv to file mtn for bill of particulars obo D, Jose Manuel Martinez-Quiroz. (m) (Entered: 12/16/2003) |
| 12/12/2003 | 57 | MOTION FOR MISCELLANEOUS RELIEF for Notice of FRE 404(b) Evidence obo D, Jose Manuel Martinez-Quiroz. (m) (Entered: 12/16/2003) |
| 12/18/2003 | 58 | RESPONSE TO MOTION to Martinez-Quiroz mtn for bill of particulars #56 obo Govt. (Entered: 12/19/2003) |
| 12/19/2003 | 59 | MOTION FOR MISCELLANEOUS RELIEF In Re: D, MARTINEZ-QUIROZ. Motion for In Camera Hearing to Compel Disclosure and Interview Confidential Informants obo D. (f/m) (Entered: 12/23/2003) |
| 12/19/2003 | 60 | MOTION FOR MISCELLANEOUS RELIEF In Re: D, MARTINEZ-QUIROZ. Motion to Prohibit Use of Evidence Derived from Intercepted Wire or Oral Communications obo D. (f/m) [Placed in separate folder due to size] (Entered: 12/23/2003) |
| 12/22/2003 | 61 | RESPONSE TO MOTION In Re: D, MARTINEZ-QUIROZ. Response to Mtn/Notice of 404(b) Evidence (#57) obo Gov't. (m) (Entered: 12/23/2003) |
| 12/23/2003 | 62 | MINUTE ORDER In Re: D, QUIROZ-SALAS. ORD that a hrng for entry of chg/plea is sched 1/08/04 at 2pm. (Entered: 12/23/2003) |

| 12/23/2003 | 63 | MINUTE ORDER In Re: D, ANA SALAS. ORD that a hrng for entry of chg/plea is sched 1/08/04 at 2:30pm (Entered: 12/23/2003) |
| --- | --- | --- |
| 12/30/2003 | 64 | RESPONSE TO MOTION D, MARTINEZ-QUIROZ. Resp to Ds Mtn/In Camera Disclosure and Interview Confidential Informants (#59) obo Gov't. (m) (Entered: 12/31/2003) |
| 12/30/2003 | 65 | RESPONSE TO MOTION D, MARTINEZ-QUIROZ. Resp to Ds Motion to Prohibit Use of Evidence (#60) obo Govt. (m) (Entered: 12/31/2003) |
| 12/30/2003 | 66 | MOTION FOR MISCELLANEOUS RELIEF Motion for Leave to File Motion for Discovery obo P.(f/m) [Proposed Motion for Disc attached] (Entered: 12/31/2003) |
| 12/31/2003 | 67 | RESPONSE TO MOTION re MARTINEZ-QUIROZ to Ds mtn for disc (#66) obo Govt. (m) (Entered: 01/02/2004) |
| 01/08/2004 | 68 | MINUTE ORDER D, Martinez-Quiroz's mtn for lv to file mtn for disc (#66) ref to USMJ-VPC for decisn. (Entered: 01/09/2004) |
| 01/09/2004 | 69 | CHANGE OF PLEA Re: D, ANA SALAS. {C/R: Margaret Griener] Ds mtn/w/draw is granted. D/sworn. Ds True Name: Ana Salas, age 24. D waives reading Indict. D pleads G to Crt 1 of Superseding Indict. fld 10/22/03. Crt accepts plea. D adjudged G of Ct 1. ORD m (Entered: 01/12/2004) |
| 01/09/2004 | 71 | NOTICE (OTHER) Re: ANA SALAS. Notice re: Contact USPO (Entered: 01/12/2004) |
| 01/09/2004 | 72 | CHANGE OF PLEA Re: , QUIROZ-SALAS. [C/R: Margaret Griener] Ds Mtn/w/draw plea of NG is granted. D is sworn. True Name: Arcelia Quiroz-salas, AGE 46. D waives reading of Indict. D pleads G to Cnt 1 of Superseding Indict fld 10/22/03. Crt accepts plea. |

| | | D (Entered: 01/12/2004) |
|---|---|---|
| 01/09/2004 | 73 | PLEA AGREEMENT/MEMORANDUM Re: D, QUIROZ-SALAS. (Entered: 01/12/2004) |
| 01/09/2004 | 74 | NOTICE (OTHER) Re: D, QUIROZ-SALAS. Re: Contact USPO (Entered: 01/12/2004) |
| 01/12/2004 | 70 | PLEA AGREEMENT/MEMORANDUM Re: , ANA SALAS (Entered: 01/12/2004) |
| 01/14/2004 | 75 | MINUTE ORDER In Re: D, MARTINEZ-QUIROZ. ORD that a motion hrng is sched for 1/26/04 at 2pm bef Mag/Jdg Cooke re: Ds Mtn/Lv to file discovery (#66). (Entered: 01/14/2004) |
| 01/14/2004 | 76 | ORDER REGARDING TRIAL In Re: D, MARTINEZ-QUIROZ. ORD actn set on stckd cal for 2/03/04 at 8:30am. Cal call 1/29/04 at 8:30am. (Entered: 01/14/2004) |
| 01/16/2004 | 77 | PROPOSED VOIR DIRE In Re: D, MARTINEZ-QUIROZ obo P. [cpy to LRH] (Entered: 01/20/2004) |
| 01/16/2004 | 78 | PROPOSED JURY INSTRUCTIONS In Re: D, MARTINEZ-In Re: D, MARTINEZ-QUIROZ.obo P. [copy to LRH] (Entered: 01/20/2004) |
| 01/16/2004 | 79 | MOTION IN LIMINE D, MARTINEZ-QUIROZ. Re: Prior Misdemeanor Convictions of Confidential Informant obo P (m) (Disposed; defendant plead; see 83 and 84 . (RD). (Entered: 01/20/2004) |
| 01/16/2004 | 80 | NOTICE (OTHER) In Re: D, MARTINEZ-QUIROZ. Notice of Intent to Call Expert Witnesses to Testify Re: 1) Methamphetamine; 2) Methods of Narcotics Trafficking & Street Value of Met; 3) Translation of Spanish Language Audiotapes obo P. (m) (Entered: 01/20/2004) |
| 01/22/2004 | 81 | NOTICE (OTHER) D, MARTINEZ-QUIROZ. Notice of Intent to Call Additional Expert Witness to Testify |

| | | Re: Methamphetamine obo P. (m) (Entered: 01/27/2004) |
|---|---|---|
| 01/23/2004 | 82 | MINUTE ORDER D, MARTINEZ-QUIROZ. ORD that a hrng for presentation of oral argument on motions is sched on 1/30/04 at 1:30pm. FUR ORD that cal call on 1/29/04 is vacated. The date set for trial (2/03/04) is also vacated pndg crts decision on outstanding (Entered: 01/27/2004) |
| 01/30/2004 | 83 | STATUS CONFERENCE D, MARTINEZ-QUIROZ. (C/R: Margaret Griener) Minutes of Hearing on Motions. Crt is advised that a plea agreement has been negotiated and withdrawal of motions is granted. ORD that a hrng for entry of chg/plea is sched 2/06/04 at 9:30am (Entered: 02/02/2004) |
| 02/09/2004 | 84 | *SEALED* CHANGE OF PLEA D, MARTINEZ-QUIROZ. Ds mtn w/draw plea of NG is granted. Ds mtn that proceedings be sealed is granted. D pleads G to Ct 1 of the Superseding Indctmt fld 10/22/03. ORD matter ref to USPO for investigation/rpt. Trial is vacated. D rem CUSM. Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 02/11/2004) |
| 02/09/2004 | 85 | *SEALED* NOTICE (OTHER) D, MARTINEZ-QUIROZ. Notice re: Contact US Probation Office Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 02/11/2004) |
| 02/09/2004 | 86 | *SEALED* MEMORANDUM D, MARTINEZ -QUIROZ. Memorandum of Plea Negotiation Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 02/11/2004) |
| 03/01/2004 | 87 | ORDER ON STIPULATION ORD/Stip that Sentencing be cont to May 13, 2004 at 2:30 and 3:30pm. (Entered: 03/01/2004) |
| 03/23/2004 | 88 | TRAVERSE D, STRATER. List of Potential Witnesses obo Gov't. (Entered: 03/25/2004) |

| | | |
|---|---|---|
| 03/26/2004 | | TRAVERSE (copy) Stipulation/Ord to Continue Sentencing. [Original sent to LRH chambers] (Entered: 03/01/2004) |
| 04/21/2004 | | TRAVERSE (copy) Stipulation to Continue Sentencing. [Original sent to LRH chambers] (Entered: 04/21/2004) |
| 04/30/2004 | 89 | ORDER ON STIPULATION In Re: Quiroz and Salas. ORD/Stip to continue sentencing to May 20, 2004 at 10am and 11am. (Entered: 05/03/2004) |
| 05/11/2004 | 90 | *SEALED* MOTION FOR MISCELLANEOUS RELIEF Re: D, ANA SALAS. Motion and Notice of Substantial Assistance obo P. Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 05/12/2004) |
| 05/11/2004 | 91 | *SEALED* MOTION FOR MISCELLANEOUS RELIEF Re: D, QUIROZ-SALAS. Motion and Notification of Substantial Assistance obo P. Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 05/12/2004) |
| 05/18/2004 | 92 | *SEALED* SENTENCING MEMORANDUM D, SALAS. Memorandum in Support of Motion for Downward Departure obo D.(RCMS) Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 05/19/2004) |
| 05/18/2004 | 93 | *SEALED* SENTENCING MEMORANDUM D, QUIROZ-SALAS. Memorandum in Support of Motion for Downward Departure obo D. (RCMS) Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 05/19/2004) |
| 05/19/2004 | 94 | *SEALED* RESPONSE TO MOTION re QUIROZ-SALAS to Ds sentencing memo (#93) obo Govt. (f) Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 05/21/2004) |
| 05/21/2004 | 95 | *SEALED* MOTION FOR MISCELLANEOUS |

| | | |
|---|---|---|
| | | RELIEF D, MARTINEZ-QUIROZ. Motion and Notification of Substantial Assistance obo Gov't. (m) Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 05/26/2004) |
| 05/21/2004 | 96 | SENTENCING D, ANA SALAS. [C/R: Margaret Griener] Sentence imposed as to Cnt 1 of the Superseding Indctm fld 10/22/03. On mtn by Gov't, ORD that cnts 2 - 6 are dismd. D is granted a stay of execution of sentence. ORD that bond is exon on or aft date fix (Entered: 05/26/2004) |
| 05/21/2004 | 97 | ORDER D, ANA SALAS. ORD for Dismissal. The USA dismisses the original indctm and cnts 2 - 6 of the sprsdng indictm against D. (Entered: 05/26/2004) |
| 05/21/2004 | 99 | SENTENCING D, QUIROZ-SALAS. [C/R; Margaret Griener] Crt noticed that D has failed to appear for the hearing. ORD that a warrant for the arrest of D shl be issued. (Entered: 05/26/2004) |
| 05/26/2004 | | (Court only) **NON-PUBLIC** Location start as to Arcelia Quiroz-Salas arrest warrant issued 5/26/04 NED Cleanup (WJ) (Entered: 05/15/2008) |
| 05/26/2004 | | (Court only) **NON-PUBLIC** Terminated defendant Ana Salas, pending deadlines, and motions. JS-3 5/26/04 NED Cleanup (WJ) (Entered: 05/15/2008) |
| 05/26/2004 | 98 | JUDGMENT D, ANA SALAS. D pled G to Cnt 1 of Sprsdng Indcmt. D is adjudicated G of 21USC846 & 841(a)(1). Cnts 2 - 6 of Sprsdng Indcmt are dismd on mtn/US. D committed to custody of USBP for 46 months. D shl surrender for svc bef 12 pm on June 28, 2004 (Entered: 05/26/2004) |
| 05/26/2004 | 100 | WARRANT ISSUED (copy) D, QUIROZ-SALAS. [Original sent to USM, copy to Mag/Jdg] (Entered: 05/26/2004) |
| | | |

| 06/03/2004 | 103 | *SEALED* SENTENCING re:Martinez-Quiroz; ORD tht this hrg will proc under seal. Sent is imposed as to cnt 1 of the superseding indictmnt filed 10/22/03; ORD tht cnts 2 through 6 of the superseding indictmnt and the indictmnt filed 4/16/03 are dism. D is remanded t Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 06/07/2004) |
|---|---|---|
| 06/03/2004 | 104 | *SEALED* ORDER re: Martinez-Quiroz; by leave of Court, US atty dism the original indictmnt file 4/16/03 and cnts 2 through 6 of the superseding indictmnt filed 10/22/03. Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 06/08/2004) |
| 06/04/2004 |  | (Court only) **NON-PUBLIC** Terminated defendant Jose Manuel Martinez-Quiroz, pending deadlines, and motions. JS-3 6/4/04 NED Cleanup (WJ) (Entered: 05/15/2008) |
| 06/04/2004 | 101 | AMENDED JUDGMENT re SALAS tht D plead guilty to Ct 1 of SSI fld 10/22/03. Cts 2 thru 6 of SSI fld 10/22/03 & indictmnt fld 4/16/03 are dismissed on mtn of US. D is committed to 46 mos. D shl surrender by 12pm on 6/28/04. Upon release D shl by on 5 yrs sup (Entered: 06/07/2004) |
| 06/04/2004 | 102 | *SEALED* JUDGMENT re MARTINEZ-QUIROZ tht D plead guilty to ct 1 of SSI fld 10/22/03. Cts 2 thru 6 of SSI & Indictmnt fld 4/16/03 are dismissed on mtn by US. D is committed to 151 mos concurrent w/sentence imposed in CR-N-03-0084-LRH(VPC). D is remanded. Upon relea Additional attachment(s) added on 2/13/2006 (WJ, ). (Entered: 06/07/2004) |
| 06/24/2004 | 105 | MOTION FOR MISCELLANEOUS RELIEF re D, Quiroz-Salas: Mtn to withdraw as aty of record obo Marc Picker, cnsl for D, Arcelia Quiroz-Salas; (m) (Entered: 06/25/2004) |
| 07/07/2004 | 106 | USM RETURN re D, Ana Salas delvd on 6/28/04 to |

| | | FPC Victorville, CA; JE Slade, Warden; (Entered: 07/07/2004) |
|---|---|---|
| 07/12/2004 | 107 | MOTION FOR MISCELLANEOUS RELIEF re D, Salas to exonerate bond. (p) (Entered: 07/13/2004) |
| 07/23/2004 | 108 | MINUTE ORDER re: Quiroz-Salas; mtn of Marc Picker (#105) to withdraw as atty for D is grntd. (Entered: 07/26/2004) |
| 07/28/2004 | 109 | MINUTE ORDER re D, Salas: ORD D, Ana Salas' mtn to exonerate bond (#107) is granted. (Entered: 07/29/2004) |
| 04/11/2008 | 110 | NOTICE - re: Denial of Federal Benefits; **Notify USDOJ of any modifications** (PM) (Entered: 04/16/2008) |
| 06/23/2008 | 111 | PETITION for Travel - District Judge as to Ana Salas Motion ripe 6/23/2008. (Puralewski, Peggy) (Entered: 06/23/2008) |
| 06/23/2008 | 112 | Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Ana Salas. Motion ripe 6/23/2008. (Attachments: # 1 Exhibit Supervision Report) (Puralewski, Peggy) (Entered: 06/23/2008) |
| 06/24/2008 | 113 | ORDER GRANTING 111 Petition for Travel as to Ana Salas (3). Signed by Judge Larry R. Hicks on 6/24/2008. (Copies have been distributed pursuant to the NEF - DRM) (Entered: 06/25/2008) |
| 06/24/2008 | 114 | ORDER GRANTING 112 Petition to Transfer Jurisdiction of Supervision out as to Ana Salas (3) : To Northern District of California. ( Order and retn cpy mailed to Clerk N Dist Calif, San Jose on 6/25/2008. ). Signed by Judge Larry R. Hicks on 6/23/2008. (Copies have been distributed pursuant to the NEF - DRM) (Entered: 06/25/2008) |
| 06/25/2008 | | (Court only) **NON-PUBLIC** Set/Reset Deadlines as to Ana Salas: Check status of Northern California |

| | | |
|---|---|---|
| | | response to document <u>114</u> re transfer of jurisdiction by 7/30/2008. (WJ) (Entered: 06/26/2008) |
| 07/29/2008 | <u>115</u> | TRANSFER OF JURISDICTION : Probation Jurisdiction Transferred to Northern District of California, San Jose, as to Ana Salas : Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (DRM) (Entered: 07/30/2008) |